## EATON v. STATE. (No. 5409.)

(Court of Criminal Appeals of Texas. June 11, 1919. On Motion for Rehearing, Oct. 8, 1919.)

BAIL ☞65 — RECOGNIZANCE FAILING TO STATE PUNISHMENT FATALLY DEFECTIVE.

Recognizance, on appeal in a criminal case, which fails to recite the amount of punishment assessed, is fatally defective.

Appeal from Criminal District Court, Bowie County; P. A. Turner, Judge.

J. E. Eaton was convicted of violating the Pure Food Law, and appeals. Reversed, and prosecution ordered dismissed.

Todd, Graham & Williams, of Texarkana, for appellant.

E. A. Berry, Asst. Atty. Gen., for the State.

MORROW, J. This is a companion case to causes Nos. 5407 and 5408, J. E. Eaton v. State, 215 S. W. 99, 100, this day decided.

The recognizance herein fails to recite the amount of punishment assessed, and is therefore defective.

The appeal will be dismissed.

### On Motion for Rehearing.

The conviction is for the violation of the Pure Food Law (Penal Code 1911, arts. 698–716), in the sale of adulterated milk.

A dismissal was ordered because of a defective recognizance. A new recognizance having been filed in accordance with law, the order dismissing the case is set aside.

The same question of law is presented as that passed upon in the opinion this day rendered in the case of Eaton v. State of Texas, No. 5408, 215 S. W. 100. The prosecution was begun in the criminal district court of Bowie county, which being without jurisdiction of the subject-matter, the judgment of conviction is reversed, and the prosecution ordered dismissed.